# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARGARET KIRK,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. C10-1880-JCC-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. Accordingly, upon remand, the Administrative Law Judge ("ALJ") shall (1) determine the relevant period at issue, the correct earnings to be credited to the claimant, and the corresponding date last insured; (2) reassess the claimant's credibility; (3) reassess the statements and testimony of the claimant's

husband, Andrew Kirk; and (4) continue with the sequential evaluation process, obtaining supplemental vocational expert testimony as necessary.

Upon proper presentation, the Court shall consider whether plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d).

A proposed order accompanies this Report and Recommendation.

DATED this 7th day of July, 2011.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge