THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGARET KIRK,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,

        Defendant.

CASE NO. C10-1880-JCC

ORDER

    The Court, having reviewed Plaintiff's Complaint; the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge; and the balance of the record, orders the following:

    (1) The Court ADOPTS the Report and Recommendation.

    (2) The Court REVERSES the decision of the Commissioner and REMANDS the case to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

    (3) The Court DIRECTS the Clerk to send copies of this Order to the parties and Magistrate Judge James P. Donohue

//

//

1   DATED this 19th day of August 2011.

2

3

4

                                         John C. Coughenour
5                                            UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER - C10-1880-JCC
PAGE - 2